UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| DEXTOR FRANK JOHNSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 13-14-00113 |
| v. | ) | Senior Judge Haynes |
| DANIEL PRITCHARD and RANDALL RUNIONS, | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 42) to grant Defendants' motion to dismiss (Docket Entry No. 23) as to Plaintiff's request for monetary relief against Defendants, but deny Defendants' motion on all other grounds. Neither party has filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED** and Defendants' motion to dismiss (Docket Entry No. 23) is **GRANTED in part and DENIED in part.** Accordingly, Plaintiff's claim for monetary damages against Defendants is **DISMISSED with prejudice.**

It is so **ORDERED**.

**ENTERED** this the 24th day of February, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge