UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| DEXTOR FRANK JOHNSON, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | No. 1-14-0113 |
| v. | ) | Senior Judge Haynes |
|  | ) |  |
| DANIEL PRITCHARD, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

Before the Court is is the Magistrate Judge's Report and Recommendation (Docket Entry No. 74) to deny Plaintiff's motion for a temporary restraining order and /or preliminary injunction (Docket Entry No. 72). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Plaintiff's motion for a temporary restraining order and /or preliminary injunction (Docket Entry No. 72) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the _9th_ day of July, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge